The relief described hereinbelow is SO ORDERED

Done this 5th of February, 2025

**Christopher L. Hawkins
United States Bankruptcy
Judge**



___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

## ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

**THIS MATTER** came before the Court on the *Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases* (the "Motion") [Doc. No. 11], filed on February 4, 2025. Upon consideration of the Motion and the documents filed in support of the Motion, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**. The above-referenced case is designated as the lead case (the "Lead Case"), and it is to be jointly administered with the following cases: *In re JHC Pharmacy, LLC*, Case No. 25-30257. This joint administration is for procedural purposes only, and filings shall include the above Consolidated Caption, as-defined in the Motion.

The Clerk of the Court shall maintain one docket for the Debtors' cases, which file and docket shall be the file and docket of *Jackson Hospital & Clinic, Inc., et al.*, Case No. 25-30256.

___

[1] The Debtors in these cases are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.

All original docket entries shall be made in the case of *Jackson Hospital & Clinic, Inc., et al*. The Clerk shall also make a docket entry in each of the Debtors' cases, except that of *Jackson Hospital & Clinic, Inc., et al.*, substantially similar to the following:

> An order has been entered in this case jointly administering this case with the case of Jackson Hospital & Clinic, Inc. *et al.* (Case No. 25-30256) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in the Jackson Hospital & Clinic, Inc., *et al.* should be consulted for all matters affecting this case.

**IT IS FURTHER ORDERED** that the Debtors may, but are not required to, file their required Monthly Operating Reports on a consolidated basis, if they choose to do so.

The terms and conditions of this Order shall be immediately effective and enforceable. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' cases. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### ### END OF ORDER ###

Order drafted and submitted by:
Derek F. Meek
BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
dmeek@burr.com

*Proposed Counsel for Debtor and Debtor-in-Possession*