Exhibit 2

Initial DIP Budget

**Jackson Hospital & Clinic, Inc.**
*Projected Weekly Cash Flow Forecast (as of 2/3/2025)*

*DRAFT ATTORNEY CLIENT PRIVILEGE*
*SUBJECT TO REVIEW*

**Post Filing**

| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total Weeks 1-13 |
| Week Beg. | 02/04/2025 | 02/09/2025 | 02/16/2025 | 02/23/2025 | 03/02/2025 | 03/09/2025 | 03/16/2025 | 03/23/2025 | 03/30/2025 | 04/06/2025 | 04/13/2025 | 04/20/2025 | 04/27/2025 | |
| Week Ending | 02/08/2025 | 02/15/2025 | 02/22/2025 | 03/01/2025 | 03/08/2025 | 03/15/2025 | 03/22/2025 | 03/29/2025 | 04/05/2025 | 04/12/2025 | 04/19/2025 | 04/26/2025 | 05/03/2025 | |
| **RECEIPTS** | | | | | | | | | | | | | | |
| *Operating Receipts* | | | | | | | | | | | | | | |
| Deposits | 3,400,000 | 4,150,000 | 4,450,000 | 4,450,000 | 4,150,000 | 4,150,000 | 4,150,000 | 4,150,000 | 4,150,000 | 4,150,000 | 4,150,000 | 4,150,000 | 4,150,000 | 53,800,000 |
| UPL Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Surgery Center Dividends | - | - | - | - | - | - | - | 1,000,000 | - | - | - | - | - | 1,000,000 |
| Revenue Enhancements | 550,870 | 550,870 | 550,870 | 629,562 | 629,562 | 629,562 | 629,562 | 629,562 | 805,938 | 805,938 | 805,938 | 805,938 | 569,850 | 8,594,020 |
| **Total Receipts** | 3,950,870 | 4,700,870 | 5,000,870 | 5,079,562 | 4,779,562 | 4,779,562 | 4,779,562 | 5,779,562 | 4,955,938 | 4,955,938 | 4,955,938 | 4,955,938 | 4,719,850 | 63,394,020 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| AP Spending | (1,700,000) | (1,700,000) | (1,900,000) | (1,700,000) | (1,700,000) | (1,700,000) | (1,900,000) | (1,700,000) | (1,700,000) | (1,700,000) | (1,700,000) | (1,900,000) | (1,700,000) | (22,700,000) |
| Critical Vendors | - | - | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | - | - | - | (2,000,000) |
| Utilities | (400,000) | - | (750,000) | - | (400,000) | - | - | (400,000) | - | - | - | - | (400,000) | (2,350,000) |
| Salaries, Wages, and Payroll Taxes | (7,293,478) | (1,257,938) | (4,142,153) | (1,257,938) | (4,683,099) | (1,257,938) | (4,142,153) | - | (5,941,037) | - | (5,400,091) | - | (8,010,469) | (43,386,293) |
| Surgery Center Payroll Reimbursement | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | 1,050,000 |
| Imaging Center Payroll | - | (65,000) | - | (65,000) | - | (65,000) | - | (65,000) | - | (65,000) | - | (65,000) | - | (390,000) |
| Payroll Reductions | 114,742 | 114,742 | 114,742 | 138,004 | 138,004 | 138,004 | 138,004 | 138,004 | 177,505 | 177,505 | 177,505 | 177,505 | 150,004 | 1,894,273 |
| Payroll Tax Reductions | 43,760 | 43,760 | 43,760 | 52,631 | 52,631 | 52,631 | 52,631 | 52,631 | 67,696 | 67,696 | 67,696 | 67,696 | 57,208 | 722,426 |
| Retirement Withholdings | (148,000) | - | (148,000) | - | (148,000) | - | (148,000) | - | (148,000) | - | (148,000) | - | (148,000) | (1,036,000) |
| Program Payroll Deduction | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| BCBS Health Insurance | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (167,300) | (2,174,900) |
| Imaging Center Expenses | - | - | (80,280) | (36,000) | - | - | (80,280) | - | (36,000) | - | - | (80,280) | (36,000) | (348,840) |
| Patient Refunds | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| IT Licensing | - | - | - | (18,655) | - | - | (18,655) | - | - | - | - | (18,655) | - | (55,964) |
| Insurance | (830,422) | (1,977) | (121,460) | (177,172) | - | (1,977) | (121,460) | - | (110,314) | - | (5,532) | (121,460) | (874,532) | (2,366,307) |
| Revenue Cycle Vendors | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (39,000) | (507,000) |
| Food Services | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (975,000) |
| Sales Tax | (383,370) | (63,000) | - | - | - | (63,000) | - | - | - | - | (63,000) | - | - | (572,370) |
| Contingency Fund | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (1,625,000) |
| Other Expense Reductions | 114,063 | 114,063 | 114,063 | 254,583 | 254,583 | 254,583 | 254,583 | 254,583 | 336,458 | 336,458 | 336,458 | 336,458 | 269,167 | 3,230,104 |
| **Total Operating Disbursements** | (10,739,006) | (3,221,650) | (7,375,629) | (3,465,845) | (6,992,181) | (3,298,996) | (6,452,975) | (1,994,736) | (8,259,992) | (1,839,641) | (6,991,263) | (2,010,035) | (10,948,923) | (73,590,871) |
| **Cash Flow from Operations** | (6,788,136) | 1,479,219 | (2,374,759) | 1,613,717 | (2,212,618) | 1,480,566 | (1,673,412) | 3,784,826 | (3,304,054) | 3,116,297 | (2,035,326) | 2,945,902 | (6,229,073) | (10,196,851) |
| *Non-Operating Receipts* | | | | | | | | | | | | | | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liquidation of Investment Funds | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Total Non-Operating Receipts** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Non-Operating Disbursements / Restructuring Costs* | | | | | | | | | | | | | | |
| CRO/CEO - EisnerAmper | - | - | - | (600,000) | - | - | - | (600,000) | - | - | - | - | (600,000) | (1,800,000) |
| Professional Fees - Debtor | - | - | - | (760,000) | - | - | - | (760,000) | - | - | - | - | (760,000) | (2,280,000) |
| Professional Fees - DIP Lender | (500,000) | - | - | (200,000) | - | - | - | (200,000) | - | - | - | - | (200,000) | (1,100,000) |
| Professional Fees - UCC | - | - | - | (50,000) | - | - | - | (50,000) | - | - | - | - | (50,000) | (150,000) |
| DIP Commitment Fee | (980,000) | - | - | - | - | - | - | - | - | - | - | - | - | (980,000) |
| Bankruptcy Administrator | - | - | - | - | - | - | - | - | - | - | - | - | (250,000) | (250,000) |
| Investment Banker Fees | - | - | - | (50,000) | - | - | - | (50,000) | - | - | - | - | (50,000) | (150,000) |
| Claims Agent | - | - | - | (75,000) | - | - | - | (75,000) | - | - | - | - | (75,000) | (225,000) |
| Patient Care Ombudsman | - | - | - | (25,000) | - | - | - | (25,000) | - | - | - | - | (25,000) | (75,000) |
| Extraordinary Capital Expenditures | - | - | - | - | - | - | (1,250,000) | - | - | - | - | - | - | (1,250,000) |
| Estimated Debt Service | - | - | - | (116,295) | - | - | - | - | (175,919) | - | - | - | (227,718) | (519,931) |
| **Total Non-Operating Disbursements** | (1,480,000) | - | - | (1,876,295) | - | - | (1,250,000) | (1,760,000) | (175,919) | - | - | - | (2,237,718) | (8,779,931) |
| **Net Weekly Cash Flow** | (8,268,136) | 1,479,219 | (2,374,759) | (262,578) | (2,212,618) | 1,480,566 | (2,923,412) | 2,024,826 | (3,479,973) | 3,116,297 | (2,035,326) | 2,945,902 | (8,466,791) | (18,976,782) |

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 500,000 | 200,000 | 1,679,219 | - | - | - | 1,480,566 | - | 2,024,826 | - | 3,116,297 | 1,080,971 | 4,026,873 | 500,000 |
| Net Weekly Cash Flow | (8,268,136) | 1,479,219 | (2,374,759) | (262,578) | (2,212,618) | 1,480,566 | (2,923,412) | 2,024,826 | (3,479,973) | 3,116,297 | (2,035,326) | 2,945,902 | (8,466,791) | (18,976,782) |
| Additional Funding Need | 7,968,136 | - | 695,540 | 262,578 | 2,212,618 | - | 1,442,846 | - | 1,455,146 | - | - | - | 4,439,918 | 18,476,782 |
| **Weekly Ending Cash** | 200,000 | 1,679,219 | - | - | - | 1,480,566 | - | 2,024,826 | - | 3,116,297 | 1,080,971 | 4,026,873 | - | - |

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 500,000 | 200,000 | 1,679,219 | 304,460 | 1,041,882 | 1,041,882 | 2,522,449 | 1,041,882 | 3,066,709 | 1,041,882 | 4,158,179 | 2,122,853 | 5,068,756 | 500,000 |
| Plus: DIP Loan Proceeds | 7,968,136 | - | 1,000,000 | 1,000,000 | 2,212,618 | - | 1,442,846 | - | 1,455,146 | - | - | - | 4,439,918 | 19,518,664 |
| Net Weekly Cash Flow | (8,268,136) | 1,479,219 | (2,374,759) | (262,578) | (2,212,618) | 1,480,566 | (2,923,412) | 2,024,826 | (3,479,973) | 3,116,297 | (2,035,326) | 2,945,902 | (8,466,791) | (18,976,782) |
| **Ending Cash - Cumulative** | 200,000 | 1,679,219 | 304,460 | 1,041,882 | 1,041,882 | 2,522,449 | 1,041,882 | 3,066,709 | 1,041,882 | 4,158,179 | 2,122,853 | 5,068,756 | 1,041,882 | 1,041,882 |

**Estimated Debt Service - DIP Loan**

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | - | 7,968,136 | 7,968,136 | 8,968,136 | 9,968,136 | 12,180,754 | 12,180,754 | 13,623,600 | 13,623,600 | 15,078,747 | 15,078,747 | 15,078,747 | 15,078,747 | 15,078,747 |
| Additional Draw | 7,968,136 | - | 1,000,000 | 1,000,000 | 2,212,618 | - | 1,442,846 | - | 1,455,146 | - | - | - | 4,439,918 | |
| Ending Balance | 7,968,136 | 7,968,136 | 8,968,136 | 9,968,136 | 12,180,754 | 12,180,754 | 13,623,600 | 13,623,600 | 15,078,747 | 15,078,747 | 15,078,747 | 15,078,747 | 19,518,664 | |
| Interest Calculation | | | | 116,295 | | | | | 175,919 | | | | | 227,718 |