# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE

COMES NOW R. Scott Williams of the firm Rumberger, Kirk & Caldwell, P.C. and makes known his entry of appearance as co-counsel for the Official Committee of Unsecured Creditors and pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served as follows:

    R. Scott Williams
    Rumberger, Kirk & Caldwell, P.C.
    2001 Park Place North, Ste. 1300
    Birmingham, AL 35203
    Email: swilliams@rumberber.com

    Respectfully Submitted,

    */s/ R. Scott Williams*
    R. Scott Williams

Of Counsel:

RUMBERGER, KIRK, & CALDWELL, P.C.
Renasant Place
2001 Park Place, Suite 1300
Birmingham, Alabama 35203
Telephone: 205.327.5550
Fax: 205.326.6786
E-mail: swilliams@rumberger.com

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.

Case 25-30256 Doc 134 Filed 02/24/25 Entered 02/24/25 12:41:50 Desc Main Document Page 1 of 2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing electronically through the CM/ECF system on this the 24th day of February, 2025.

                                    */s/ R. Scott Williams*
                                    R. Scott Williams