# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE

COMES NOW Frederick D. Clarke, III of the firm Rumberger, Kirk & Caldwell, P.C. and makes known his entry of appearance as co-counsel for the Official Committee of Unsecured Creditors and pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served as follows:

    Frederick D. Clarke, III
    Rumberger, Kirk & Caldwell
    2001 Park Place North, Ste. 1300
    Birmingham, AL 35203
    Email: fclarke@rumberger.com

                                  Respectfully Submitted,

                                  */s/ Frederick D. Clarke, III*
                                  Frederick D. Clarke, III

Of Counsel:

RUMBERGER, KIRK, & CALDWELL, P.C.
Renasant Place
2001 Park Place, Suite 1300
Birmingham, Alabama 35203
Telephone: 205.327.5550
Fax: 205.326.6786
Email: fclarke@rumberger.com

[1] The Debtors in these Chapter 11 Cases, with the last four digits of each Debtor's federal tax identification number, as applicable are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing electronically through the CM/ECF system on this the 24th day of February, 2025.

*/s/ Frederick D. Clarke, III*
Frederick D. Clarke, III