**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

## **NOTICE OF APPEARANCE**

COMES NOW Boris Mankovetskiy of the firm Sills Cummis & Gross P.C. and makes known his entry of appearance as co-counsel for the Official Committee of Unsecured Creditors and pursuant to Bankruptcy Rule 2002, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served as follows:

Boris Mankovetskiy
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Email: bmankovetskiy@sillscummis.com

Respectfully Submitted,

*/s/ Boris Mankovetskiy*
Boris Mankovetskiy

Of Counsel:

Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Email: BMankovetskiy@sillscummis.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.

# **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing electronically through the CM/ECF system on this the 27th day of February, 2025.

                                    */s/ Boris Mankovetskiy*
                                    Boris Mankovetskiy