# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 25-30256<br><br>JOINTLY ADMINISTERED |

## DECLARATION OF PAUL M. ROSENBLATT
## IN SUPPORT OF THE DIP LENDER'S MOTION FOR
## SANCTIONS REGARDING PROGRESSIVE PERFUSION, INC.'S FILINGS

I, Paul M. Rosenblatt, do hereby declare as follows:

1. I am over 18 years of age and competent to make this declaration. I am an attorney at law, admitted *pro hac vice* to practice before this Court, and am a partner at the law firm of Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), co-counsel of record for Jackson Investment Group (the "DIP Lender") in the above-referenced case. I submit this declaration in support of the *Motion for Sanctions Regarding Progressive Perfusion, Inc.'s Filings* (the "Motion for Sanctions") filed contemporaneously by the DIP Lender.

2. I have personal knowledge of the facts set forth herein, unless otherwise stated, and if called upon to testify as a witness, I could and would competently testify thereto under oath.

3. The DIP Lender's legal fees related to the Motion to Reconsider, the August 26th Filings, the August 26 hearing and the Motion for Sanctions (collectively, the "Filings") are set forth below. I have reviewed time entries for each attorney and other professional who has worked on these matters to determine how much of the legal fees relate to the Filings. Based on that review, I have concluded that the DIP Lender has incurred $35,227.20 in legal fees related to the Filings as demonstrated by the charts below:

---

[1] The Debtors in these cases are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.

The DIP Lender's legal fees with respect to the Motion to Reconsider and the August 16 hearing are:

| Work Date | Timekeeper | Firm | Title | Rate | Hours | Total | Narrative |
|---|---|---|---|---|---|---|---|
| 8/1/2025 | Baldwin, Cynthia | KTS | Contract Attorney | $252 | 1.0 | $252 | Review of Motion for Reconsideration of Orders Denying Motion to Compel Turnover or to Recognize Constructive Trust in Medicare Funds to verify the subsequent history of legal sources and confirm the accuracy of citations as requested by Paul Rosenblatt. |
| 8/8/2025 | Wen, Dante | KTS | Associate | $440 | 1.8 | $792 | Multiple correspondence with P. Rosenblatt regarding Progressive Profusion's motion to set aside order (0.2); review and analyze cited authorities (1.6). |
| 8/12/2025 | Wen, Dante | KTS | Associate | $440 | 1.7 | $748 | Review and analyze cited authorities in Progressive Profusion's motion to set aside order (1.5); multiple correspondence with P. Rosenblatt regarding same and sanctions (0.2). |
| 8/13/2025 | Wen, Dante | KTS | Associate | $440 | 1.1 | $484 | Draft objection to motion for reconsideration (0.4); legal research regarding same (0.7). |
| 8/14/2025 | Wen, Dante | KTS | Associate | $440 | 4.1 | $1,804 | Draft objection to Progressive Profusion 's motion to set aside order (2.5); legal research in support (1.4); multiple correspondence with P. Rosenblatt regarding same (0.2). |
| 8/15/2025 | Wen, Dante | KTS | Associate | $440 | 1.4 | $616 | Multiple correspondence with P. Rosenblatt regarding draft objection to Progressive Profusion's motion to set aside order (0.1); revise same (1.3). |
| 8/18/2025 | Wen, Dante | KTS | Associate | $440 | 1.2 | $528 | Multiple correspondence with P. Rosenblatt regarding draft objection to Progressive Profusion's motion to set aside order (0.1); revise same (0.3); conference with P. Rosenblatt regarding same (0.2); analyze and review cited case law (0.6). |
| 8/18/2025 | Hammond, Clark | WJ | Partner | $615 | 3.0 | $1,845 | Review and revise Progressive objection. |
| 8/18/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 2.6 | $2,600 | Drafting Progressive objection. |

2

Case 25-30256   Doc 898-1   Filed 09/05/25   Entered 09/05/25 17:17:35   Desc Exhibit A - Declaration of Paul M. Rosenblatt   Page 3 of 6

| Work Date | Timekeeper | Firm | Title | Rate | Hours | Total | Narrative |
|---|---|---|---|---|---|---|---|
| 8/19/2025 | Wen, Dante | KTS | Associate | $440 | 1.6 | $704 | Multiple correspondence with P. Rosenblatt regarding revisions to draft objection to Progressive Profusion's motion to set aside order (0.5); analyze and review cited case law (0.4); multiple revisions to draft objection to Progressive Profusion's motion to set aside order (0.7). |
| 8/19/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 1.2 | $1,200 | Drafting Progressive objection. |
| 8/20/2025 | Wen, Dante | KTS | Associate | $440 | 0.6 | $264 | Multiple correspondence with P. Rosenblatt regarding revisions to draft objection to Progressive Profusion's motion to set aside order. |
| 8/20/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 1.0 | $1,000 | Revise Progressive objection. |
| 8/21/2025 | Baldwin, Cynthia | KTS | Contract Attorney | $252 | 2.1 | $529.20 | Review of the DIP Lender's (i) Objection to Progressive Perfusion, Inc.'s Motion for Reconsideration and (ii) Request for Sanctions (Docket No. 776) to verify the subsequent history of legal sources and confirm the accuracy of citations as requested by Paul Rosenblatt. |
| 8/21/2025 | Wen, Dante | KTS | Associate | $440 | 0.3 | $132 | Review debtors' response and motion to strike Progressive's motion (0.2); multiple correspondence with P. Rosenblatt regarding same (0.1). |
| 8/21/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 1.6 | $1,600 | Finalize Progressive objection. |
| 8/25/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 1.2 | $1,200 | Prepare for hearing on Progressive recon motion. |
| 8/26/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 4.6 | $4,600 | Prepare for and attend bankruptcy court hearing; call with client regarding same; call with debtor's counsel pre-hearing; call with debtor's counsel post-hearing. |
| | | | | | 32.1 | $20,898.20 | |

3

Case 25-30256   Doc 898-1   Filed 09/05/25   Entered 09/05/25 17:17:35   Desc Exhibit A - Declaration of Paul M. Rosenblatt    Page 4 of 6

The DIP Lender's legal fees with respect to the August 26th Filings and the Motion for Sanctions are:

| Work Date | Timekeeper | Firm | Title | Rate | Hours | Total | Narrative |
|---|---|---|---|---|---|---|---|
| 8/27/2025 | Wen, Dante | KTS | Associate | $440 | 4.3 | $1,892 | Legal research on sanctions (2.8); multiple correspondence with P. Rosenblatt regarding same (0.7); draft motion for sanctions (0.8). |
| 8/27/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 2.2 | $2,200 | Emails regarding sanctions motion (0.2); analyze issues regarding sanctions motion against Progressive (2.0). |
| 8/28/2025 | Wen, Dante | KTS | Associate | $440 | 5.1 | $2,244 | Draft motion for sanctions (3.4); legal research in support of same (1.2); review order to show cause (0.2); multiple correspondence with P. Rosenblatt regarding motion for sanctions (0.3). |
| 8/28/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 1.2 | $1,200 | Review order to show cause entered by bankruptcy court (0.2); analyze issues regarding sanctions motion (1.0); review bankruptcy docket entries (0.2). |
| 8/29/2025 | Wen, Dante | KTS | Associate | $440 | 0.1 | $44 | Multiple correspondence with P. Rosenblatt regarding consideration on sanctions. |
| 8/29/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 0.4 | $400 | Analyze issues for sanctions motion. |
| 9/4/2025 | Wen, Dante | KTS | Associate | $440 | 2.1 | $924 | Multiple correspondence with P. Rosenblatt regarding motion for sanctions (0.4); review and finalize legal citations regarding same (0.7); draft declaration in support of same (0.5); revise motion for sanctions (0.5) |
| 9/4/2025 | Hammond, Clark | WJ | Partner | $615 | 2.2 | $1,353 | Review and revise sanctions motion. |
| 9/4/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 1.4 | $1,400 | Review and revise sanctions motion. |
| 9/5/2025 | Wen, Dante | KTS | Associate | $440 | 3.8 | $1,672 | Revise and finalize motion for sanctions and declaration in support (2.3); legal research regarding same (0.5); multiple correspondence with P. Rosenblatt regarding same (1.0) |
| 9/5/2025 | Rosenblatt, Paul | KTS | Partner | $1,000 | 1.0 | $1,000 | Review and revise declaration (0.4); review and revise motion (0.3); emails with D. Wen re: motion and declaration (0.3). |
| | | | | | 23.8 | $14,329 | |

4

Case 25-30256   Doc 898-1   Filed 09/05/25   Entered 09/05/25 17:17:35   Desc Exhibit A - Declaration of Paul M. Rosenblatt    Page 5 of 6

4. The rates set forth above are consistent with the rates Kilpatrick and Wallace Jordan charged the DIP Lender during this engagement. All fees and costs calculated herein have been reviewed and submitted in good faith to this Court for recovery from Cassie D. Preston and/or Gordon Rees Scully Mansukhani, LLP. I have reviewed each timekeeper's time entries and believe the number of hours set forth herein related to the Filings is reasonable and nonduplicative.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of September, 2025.

Paul M. Rosenblatt

5

Case 25-30256   Doc 898-1   Filed 09/05/25   Entered 09/05/25 17:17:35   Desc Exhibit
A - Declaration of Paul M. Rosenblatt   Page 6 of 6