UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | * |
| JACKSON HOSPITAL | * |
| & CLINIC, INC., | * |
| | *   Chapter 11 |
| Debtor. | * |
| | *   Case No. 25-30256 |
| | * |

### WITHDRAWAL OF PROGRESSIVE PERFUSION, INC.'S JOINT RESPONSE TO THE DIP LENDER'S OBJECTION AND REQUEST FOR SANCTIONS AND DEBTOR'S MOTION TO STRIKE

Progressive Perfusion, Inc., by and through undersigned counsel, Jeremy withdraws its JOINT RESPONSE TO THE DIP LENDER'S OBJECTION AND REQUEST FOR SANCTIONS AND DEBTOR'S MOTION TO STRIKE as filed at Docket No. 860 on August 26, 2025 in the referenced matter.

This 9th day of September, 2025.

        **GORDON REES SCULLY MANSUKHANI**

    /s/ Cassie D. Preston
    Georgia Bar No. 940960
    55 Ivan Allen Jr. Blvd. N.W., Suite 750
    Atlanta, GA 30308
    Telephone: (404) 869-9054
    Email: cpreston@grsm.com
    *Counsel for Progressive Perfusion, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | * |
| JACKSON HOSPITAL | * |
| & CLINIC, INC., | * |
| | *   Chapter 11 |
| Debtor. | * |
| | *   Case No. 25-30256 |
| | * |

### CERTIFICATE OF SERVICE

The undersigned hereby certified that she has served a copy of the within and forgoing WITHDRAWAL OF PROGRESSIVE PERFUSION, INC.'S JOINT RESPONSE TO THE DIP LENDER'S OBJECTION AND REQUEST FOR SANCTIONS AND DEBTOR'S MOTION TO STRIKE by filing the same wig this Court's CM/ECF platform, which will provide copy of the same to counsel and parties of record on this 9th day of September, 2025.

**GORDON REES SCULLY MANSUKHANI**

/s/ <u>Cassie D. Preston</u>