# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 25-30256-CLH |
| | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*, | Jointly Administered |
| Debtors.[1] | |

### ORDER GRANTING MOTION TO CONTINUE SHOW CAUSE HEARING AND HEARING ON MOTIONS FOR SANCTIONS AND RESETTING HEARING

On September 30, 2025, this matter came before the Court for hearing on the Motion to Continue Show Cause Hearing and Hearing on Motions for Sanctions [Doc. 948] (the "Motion") filed by Gordon Rees Skully Mansukhani, LLC (Gordon Rees). Based upon the pleadings and representations of counsel and in accordance with the ruling from the bench in open court, it is hereby

ORDERED that the Motion is GRANTED, and the hearing on the Order To Cassie D. Preston And Gordon Rees Skully Mansukhani, LLC To Appear And Show Cause As To Why Sanctions Should Not Be Imposed [Doc. 871] (the "Show Cause Order"); The DIP Lender's Motion For Sanctions Regarding Progressive Perfusions, Inc.'s Filings [Doc. 898]; and Debtors' Motion for Sanctions [Doc. 902] (together with The DIP Lender's Motion for Sanctions, the "Motions for Sanctions") is re-set for **Tuesday, October 28, 2025, at 2:00 P.M.**

The hearing will take place at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, **Courtroom 4F**, Montgomery, Alabama.

For other parties in interest, the Court will allow virtual attendance through the following Webex link:

https://us-courts.webex.com/us-courts/j.php?MTID=m8aeb0ea882cdf7cad412eea85ccd166a.

All virtual attendees must connect to the Webex at least fifteen minutes prior to the commencement of the hearing. Any virtual attendee desiring to make an appearance on the record must keep their camera on and remain unmuted until their appearance is noted by the Court.

It is further ORDERED that any responses from Gordon Rees, Cassie D. Preston, and Progressive Perfusion, Inc. relating to the Show Cause Order and the Motions for Sanctions should be filed with the Court by **5:00 P.M. on Thursday, October 23, 2025.**

---

[1] An Order entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following cases: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC (the "Debtors"), with Jackson Hospital & Clinic, Inc. 25-30256 as the lead case. (Case No. 25-30256, Doc. 49).

It is further ORDERED that Gordon Rees, Cassie D. Preston, and Progressive Perfusion, Inc. shall file with the Court a status report with the results of any negotiations or settlements with the DIP Lender and the Debtors relating to the Motions for Sanctions by **5:00 P.M. on Thursday, October 23, 2025.**

Done this 3rd day of October, 2025.

*/s/ Christopher L. Hawkins*
Christopher L. Hawkins
United States Bankruptcy Judge

c: Robert D. Segall, Attorney for Gordon Rees Skully Mansukhani, LLC
Bradley R. Hightower, Attorney for Cassie D. Preston
Cassie D. Preston, Attorney for Progressive Perfusion, Inc.
Nathan DeWayne Pope, Attorney for Progressive Perfusion, Inc.
Derek F. Meek, Attorney for Debtors
Marc P. Solomon, Attorney for Debtors
Catherine Via, Attorney for the Debtors
Paul M. Rosenblatt, Attorney for the DIP Lender