# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: | * |
| | *  CASE NO.: 25-30256-CLH |
| JACKSON HOSPITAL & CLINIC, | * |
| INC., et al., | * |
| | *  CHAPTER 11 |
| Debtors. | *  Jointly Administered |

## MOTION TO WITHDRAW

The law firm of Gordon Rees Skully Mansukhani, LLC ("Gordon Rees"), including its lawyers N. Dewayne Pope and Cassie D. Preston, file this Motion to Withdraw as counsel for Progressive Perfusion, Inc. ("Progressive"). This Motion to Withdraw is not intended to express, and should not be taken as the expression of, any lack of confidence in the merits of Progressive's claims.

Progressive, which has been notified that this Motion is being filed and is being served with a copy of this Motion, has retained new counsel to represent it who should soon be entering a notice of appearance on its behalf.

DATED this 17th day of October, 2025.

/s/ Cassie D. Preston
Cassie D. Preston
Georgia Bar No. 940960
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr. Blvd. N.W., Suite 750
Atlanta, GA 30308
Telephone: (404) 869-9054
Facsimile: (678) 389-8475

Email: cpreston@grsm.com
Attorney for Progressive Perfusion, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2025, I electronically filed the above and foregoing instrument with the Court using the CM/ECF, which will send electronic notification of such filing to all parties who have appeared and requested electronic notice. Further, the following will be served by U.S. Regular Mail and email:

Progressive Perfusion, Inc.
Attention: Will Zukowski (progressiveperfusion@gmail.com)
2257 Halcyon Boulevard
Montgomery, AL 36117

/s/ Cassie D. Preston
Of Counsel