The relief described hereinbelow is SO ORDERED

Done this 31st of October, 2025

*Christopher L. Hawkins*
**Christopher L. Hawkins
United States Bankruptcy
Judge**



___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, LLC, *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

**ORDER GRANTING THE DIP LENDER'S EMERGENCY MOTION TO VACATE AND SET ASIDE THE DEBTORS' PARTICIPATION IN SETTLEMENT**

This matter came before the Court on the motion (the "Motion") (Doc. No. 1079)[2] of Jackson Investment Group, LLC, in its capacity as the DIP Lender ("DIP Lender") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), seeking entry of an order (this "Order"), vacating and setting aside (1) the Debtors' failure to opt out of the Class Action Settlement (as that term is defined and used in the Motion)[3] without this Court's approval and/or the DIP Lender's consent, and, relatedly, (2) the Debtors' submission of a claim in such Class Action Settlement without this Court's approval and/or the DIP Lender's consent.

---

[1] The Debtors in these Chapter 11 cases are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[3] The Class Action Settlement is on file as Doc. No. 3192-2 in the BCBS Class Action.

The Court held a hearing on the Motion on Tuesday, October 28, 2025 (the "Hearing"). Based upon the Court's review of the Motion and the argument presented during the Hearing; the Court having considered the Motion and the record in these chapter 11 cases; the Court having found that proper and adequate notice of the Motion and the hearing thereon having been given; the Court having found that no other or further notice being necessary; the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; the Hearing having been held and concluded; all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled by the Court; and after due deliberation and consideration, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. **Motion Granted**. The Motion is granted. All objections, if any, to the relief requested in the Motion that have not been withdrawn or resolved, are hereby overruled in their entirety.

2. **Debtors' Participation in Settlement Vacated and Set Aside**. The Court hereby vacates and sets aside (1) the Debtors' failure to opt out of the Class Action Settlement, and (2) the Debtors' submission of a claim in such Class Action Settlement.

3. **Authorization of Further Actions**. The Debtors are authorized to take all actions necessary, if any, to effectuate the relief granted in this Order in accordance with the Motion.

4. **Retention of Jurisdiction**. This Court shall retain jurisdiction over any matter arising from or related to the implementation, interpretation, or enforcement of this Order.

### END OF ORDER ###

Order drafted and submitted by:

*/s/ Chase J. Potter*
**CHASE J. POTTER***
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**ANNA OLIN RICHARDSON***
Texas Bar No. 24102947
E-Mail: anna@imcplaw.com
**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone:    (214) 432-1536

*Pro Hac Vice Admission Pending*

and

*/s/ Steven D. Altmann*
Steven D. Altmann
The Nomberg Law Firm
3940 Montclair Road, Suite 401
Birmingham, Alabama 35213
Direct: (205) 882-5005
steve@nomberglaw.com

**COUNSEL FOR JACKSON INVESTMENT GROUP, LLC**