The relief described hereinbelow is SO ORDERED

Done this 24th of February, 2026

Christopher L. Hawkins
United States Bankruptcy Judge



___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., et al.,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

**AMENDED ORDER AUTHORIZING POST-PETITION FINANCING SECURED BY A SENIOR LIEN ON PROPERTY OF THE ESTATE**

Based on the *Debtors' Motion to Authorize Post-Petition Financing Secured by a Senior Lien on Property of the Estate* (the "Motion," ECF Doc. 1355) to allow the Debtors to enter into that certain *Joint Prosecution and Funding Agreement* (as amended by that certain *First Amended Joint Prosecution and Funding Agreement*, filed as ECF Doc. 1378, the "Funding Agreement")[2] with Jackson Investment Group, LLC; the Court has considered the Motion, supporting exhibits, and arguments of counsel; notice of the Motion was provided and such notice is adequate and sufficient under the circumstances; and the Court finds that the relief

---

[1] The Debtors in these cases are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC. *See* Doc. No. 49.
[2] Defined terms used herein shall have the meaning set forth in the Funding Agreement.

requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, and DECREED that the Debtors' motion is GRANTED. The Debtors are authorized to enter into and perform under the Funding Agreement. It is further

ORDERED that Jackson Investment Group, LLC ("JIG") is authorized to advance Litigation Expenses to or for the benefit of the Debtor in accordance with the terms of the Funding Agreement. It is further

ORDERED that pursuant to Bankruptcy Code sections 105(a), 363, and 364, JIG is hereby granted a senior, first-priority security interest and lien in and to the following (the "Collateral"):

(a) All rights, title, and interest of the Debtor in and to the Litigation, including but not limited to all claims, causes of action, interests, rights, remedies, and powers arising from or relating to the Litigation;

(b) All Litigation Proceeds, including cash, non-cash consideration, settlements, judgments, awards, licenses, covenants not to sue, royalty or running payments, contract amendments or modifications, releases, and any other amounts or consideration of any kind received or receivable by the Debtor in respect of the Litigation; and

(c) All accounts, payment intangibles, general intangibles, contract rights, and other rights to payment arising from or relating to the Litigation or Litigation Proceeds. It is further

ORDERED that the liens and security interests granted herein shall be deemed valid, binding, enforceable, and perfected as of the date of entry of this Order, without the necessity of filing, recording, or serving any financing statements or other documents, but the Debtor is authorized and directed to do so as necessary. It is further

ORDERED that JIG is deemed to have acted in good faith in connection with this transaction pursuant to 11 U.S.C. § 364(e). It is further

ORDERED that the liens granted herein shall be senior to all other liens, claims, interests, and encumbrances in the Collateral, except as expressly provided in the Funding Agreement. It is further

ORDERED that the Debtor is authorized and directed to execute, deliver, file, and record all documents, instruments, and agreements necessary to perfect, maintain, and enforce JIG's security interest in the Collateral, including, without limitation, financing statements, assignments, and control agreements. It is further

ORDERED that notwithstanding Federal Rule of Bankruptcy Procedure 6004(h), this Order shall be effective and enforceable immediately upon entry. It is further

ORDERED that this Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order and the Funding Agreement.

###END OF ORDER###

Order Drafted and Submitted by:

Stuart H. Memory
Memory Memory & Causby, LLP
Post Office Box 4054
Montgomery, Alabama 36103
(334) 834-8000
smemory@memorylegal.com