**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

In re

JACKSON HOSPITAL & CLINIC, INC., *et al.*,

Debtors.[1]

Case No. 25-30256-CLH
Chapter 11
Jointly Administered

## ORDER SETTING HEARING

It is hereby ORDERED that the matter set forth below is scheduled for hearing on **Tuesday, June 30, 2026, at 2:00 P.M.** The hearing will take place at the United States Bankruptcy Court, Montgomery, Alabama, **Courtroom 4F**.

- *Creditor Valerie Bauer's Motion for Relief from Automatic Stay (Doc. 1775).*

The Court will allow virtual attendance through the following Webex link:

https://us-courts.webex.com/us-courts/j.php?MTID=m8aeb0ea882cdf7cad412eea85ccd166a.

All virtual attendees must connect to the Webex at least fifteen minutes prior to the commencement of the hearing. Any virtual attendee desiring to make an appearance on the record must keep their camera on and remain unmuted until their appearance is noted by the Court.

Done this 18th day of June, 2026.

Christopher L. Hawkins
United States Bankruptcy Judge

c: Debtors
Derek F. Meek, Attorney for Debtors
Marc P. Solomon, Attorney for Debtors
Catherine Via, Attorney for Debtors
James H. Haithcock, III, Attorney for Debtors
Stuart H. Memory, Attorney for Debtors
Kenneth D. Haynes, Attorney for Valerie Bauer

---

[1] An Order entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following cases: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC, with Jackson Hospital & Clinic, Inc. 25-30256 as the lead case. (Case No. 25-30256, Doc. 49).