# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 24, 2026 at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A**:

- **Monthly Operating Report for Filing Period May 2026 [Docket No. 1804]**

Dated: June 26, 2026

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 26th day of ___June___, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

ASHLEY STEFANOVIC
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029

---

[1] The Debtors in these cases are: Jackson Hospital & Clinic, Inc.; JHC Pharmacy, LLC.

# <u>EXHIBIT A</u>

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Al Power | Attn: Sherri S Bunting<br>P.O. Box 242<br>Birmingham, AL 35292 | ssbunt@southernco.com | Email |
| Government Agency | Alabama Attorney General's Office | 501 Washington Ave<br>Montgomery, AL 36104 | | First Class Mail |
| *NOA - Counsel for the State of Alabama Department of Revenue | Alabama Department of Revenue | Attn: Sarah B Harwell<br>P. O. Box 320001<br>Montgomery, Al 36130 | sarah.harwell@revenue.alabama.gov | Email |
| Government Agency | Alabama Dept of Human Services | Attn: State Legal Office<br>PO Box 13248<br>11 W Oxmoor, 6th Fl<br>Montgomery, AL 35202-3248 | | First Class Mail |
| Government Agencies | Alabama Dept of Public Health | P.O. Box 303017<br>Montgomery, AL 36130-3017 | | First Class Mail |
| 30 Largest | Allscripts LLC | Attn: Cydni Long<br>24630 Network Pl<br>Chicago, IL 60673-1246 | cydni.long@alterahealth.com | Email |
| 30 Largest | Altera Digital Health | Attn: Cydni Long<br>P.O. Box 735183<br>Chicago, IL 60673-5183 | cydni.long@alterahealth.com | Email |
| *NOA - Counsel for Radiology Group, P.A. | Bainbridge, Mims, Rogers and Smith, LLP | Attn: John W Clark IV<br>The SouthState Bank Bldg<br>600 Luckie Dr, Ste 415<br>Birmingham, AL 35223 | jclark@bainbridgemims.com | Email |
| *NOA - Counsel for Suzanne A. Koenig of SAK Management Services, LLC d/b/a SAK Healthcare | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Matthew M Cahill / Elise N Helton<br>Attn: Eric L Pruitt<br>1901 6th Ave N, Ste 2600<br>Birmingham, AL 35203 | mcahill@bakerdonelson.com;<br>epruitt@bakerdonelson.com;<br>ehelton@bakerdonelson.com | Email |
| *NOA - Counsel for Alabama Power Company | Balch & Bingham LLP | Attn: Jonathan Hoffmann<br>1901 6th Ave N, Ste 1500<br>P.O. Box 306 (35201)<br>Birmingham, AL 35203 | jhoffmann@balch.com | Email |
| *NOA - Counsel for ServisFirst Bank | Balch & Bingham LLP | Attn: Jeremy L Retherford<br>1901 6th Ave N, Ste 1500<br>P.O. Box 306 (35201)<br>Birmingham, AL 35203 | jretherford@balch.com | Email |
| Government Agencies | Bankruptcy Administrator | for the Middle District of Alabama<br>Federal Bldg & US Courthouse<br>1 Church St, Ste 103<br>Montgomery, AL 36104 | ba@almb.uscourts.gov | Email |
| 30 Largest | Boston Scientific | Attn: Ann Cosetta<br>P.O. Box 951653<br>Dallas, TX 75395-1653 | ann.cosetta@bsci.com | Email |
| Committee of Unsecured Creditors | Boston Scientific | 300 Boston Scientific Way<br>Marlborough, MA 01752 | | First Class Mail |
| *NOA - Counsel for JB Waste Connection, LLC | Braun-Law | Attn: Michael F Braun<br>5016 Centennial Blvd, Ste 200<br>Nashville, TN 37209 | mfb@braun-law.com | Email |
| *NOA - Counsel for LifeSouth Community Blood Centers, Inc. | Brian R. Walding, Trustee | Attn: Brian R. Walding<br>2227 1st Ave S, Ste 100<br>Birmingham, AL 35233 | bwalding@waldinglaw.com | Email |
| *Debtors Counsel | Burr & Forman LLP | Attn: Derek F Meek/Marc P Solomon<br>Attn: Catherine T Via<br>420 20th St N, Ste 3400<br>Birmingham, AL 35203 | dmeek@burr.com;<br>msolomon@burr.com;<br>cvia@burr.com | Email |
| *NOA - Counsel for Lightbeam Health Solutions, Inc | Butler Snow LLP | Attn: Xan Ingram Flowers<br>One Federal Pl<br>1819 5th Ave N, Ste 1000<br>Birmingham, AL 35203-2118 | xan.flowers@butlersnow.com | Email |
| *NOA - Counsel for The Water Works and Sanitary Sewer Board of the City of Montgomery and Sodexo | Capell & Howard, P.C. | Attn: Bowdy J Brown<br>150 South Perry St<br>P.O. Box 2069 (36102-2069)<br>Montgomery, AL 36104 | bo.brown@chlaw.com | Email |
| *NOA - Counsel for The Water Works and Sanitary Sewer Board of the City of Montgomery | Capell & Howard, P.C. | Attn: Patrick LW Sefton<br>150 South Perry St<br>P.O. Box 2069 (36102-2069)<br>Montgomery, AL 36104 | Pat.Sefton@chlaw.com | Email |
| 30 Largest | Capta Health Partners LLC | Attn: Jason Lerch<br>8745 W Higgins Rd, Ste 110<br>Chicago, IL 60631 | jlerch@captahp.com | Email |
| Committee of Unsecured Creditors | Cardinal Health | 7000 Cardinal Pl<br>Dublin, OH 43017 | | First Class Mail |
| *NOA - Counsel for Ortho-Clinical Diagnostics, Inc. | Christian & Small LLP | Attn: Elli Anne Bradley<br>1800 Financial Ctr<br>505 N 20th St<br>Birmingham, AL 35203 | eaj@csattorneys.com | Email |
| Government Agencies | City of Montgomery, AL | Attn: Attorney's Office<br>City Hall<br>103 N Perry St<br>Montgomery, AL 36104 | | First Class Mail |
| Committee of Unsecured Creditors | Connetics Communications, LLC | 2999 Olympus Blvd, Ste 500<br>Dallas, TX 75019 | | First Class Mail |
| *NOA - Counsel for Montgomery County Commission, Tax and Audit Department | Constance Caldwell Walker | 1  Commerce St, Ste 700<br>Montgomery, AL 36104 | conniewalker@montgomerycountyal.gov | Email |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Gordon Rees Scully Mansukhani | Copeland, Franco, Screws & Gill, PA | Attn: Bobby Segal/David Martin 444 S Perry St Montgomery, AL 36104 | martin@copelandfranco.com; Segall@copelandfranco.com | Email |
| 30 Largest | Depuy Synthes | fka Depuy Orto And J & J Attn: Editha Legaspi 700 Orthopaedic Dr PO Box 988 Warsaw, IN 46581 | | First Class Mail |
| 30 Largest | First Insurance Funding | Attn: Emily Maddox 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7917 | | First Class Mail |
| 30 Largest | Gallagher Benefit Services | Attn: Joy Swenson P.O. Box 560812 Denver, CO 80256-0812 | Joy_Swenson@ajg.com | Email |
| 30 Largest | Globus Medical Inc | Attn: Kelly Capogreco P.O. Box 843239 Dallas, TX 75284-3239 | kcapogreco@globusmedical.com | Email |
| *NOA - Counsel for Joshua Odom, Candace Odom, and K.J.O., a Minor | Gregory Varner & Associates | Attn: Gregory M Varner 225 Narrows Pkwy, Ste B Birmingham, AL 35242 | gvarner@gregvarnerlaw.com | Email |
| *NOA - Counsel for UMB Bank, N.A. | Herbert Smith Freehills Kramer (US) LLP | Attn: Amy Caton/Douglas Buckley 1177 Ave of the Americas New York, NY 10036 | amy.caton@hsfkramer.com; douglas.buckley@hsfkramer.com | Email |
| *NOA - Counsel for Altera Digital Health Inc. | Holland & Knight LLP | Attn: Eric T Ray/Cason M Kirby 1901 6th Ave N, Ste 1400 Birmingham, AL 35203 | etray@hklaw.com; cason.kirby@hklaw.com | Email |
| *NOA - Counsel for Jackson Investment Group LLC | Iacuone, Mcallister, Potter PLLC | Attn: Chase Potter/Anna Olin Richardson Energy Sq 1 4925 Greenville Ave., Ste 1112 Dallas, TX 75206 | potter@imcplaw.com; anna@imcplaw.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel for the Department of Treasury, Internal Revenue Service | Internal Revenue Service - Department of Treasury | Attn: Audrey L Willis PO Box 197 Montgomery, AL 36101-0197 | Audrey.Willis@usdoj.gov | Email |
| 30 Largest | Intuitive Surgical Inc | Attn: Nicole Campbell P.O. Box 883629 Los Angeles, CA 90088 | | First Class Mail |
| 30 Largest | Jackson Imaging Center LLC | Attn: Jim Stroud 1825 Park Pl Montgomery, AL 36106 | | First Class Mail |
| 30 Largest | Jackson Nurse Professionals LLC | Attn: Laura Arcuri, VP Accounting 2301 Lucien Way, Ste 325 Maitland, FL 32751 | larcuri@jacksonnursing.com | Email |
| 30 Largest | Jackson Surgery Center | Attn: Missy Sallas 1725 Park Pl Montgomery, AL 36106 | | First Class Mail |
| 30 Largest | JMS | fka Sleep Lab Attn: Ladel Redinger P.O. Box 689 Jasper, AL 35502-0689 | lredinger@medsouthinc.net | Email |
| *NOA - Counsel for Jackson Investment Group LLC | Kilpatrick Townsend & Stockton LLP | Attn: Paul M Rosenblatt 1100 Peachtree St NE, Ste 2800 Atlanta, GA 30309-4528 | prosenblatt@ktslaw.com | Email |
| *NOA - Counsel for Carol Rauccio | Marsh Rickard Bryan | Attn: Joseph Callaway/Richard Riley 2222 Arlington Ave S, Ste 210 Birmingham, AL 35209 | rriley@mrblaw.com; jcallaway@mrblaw.com | Email |
| *NOA - Counsel for Regions Bank and Blue Cross and Blue Shield of Alabama | Maynard Nexsen PC | Attn: Jayna P Lamar 1901 6th Ave N, Ste 1700 Birmingham, AL 35203 | jlamar@maynardnexsen.com | Email |
| *NOA - Counsel for Blue Cross and Blue Shield of Alabama | Maynard Nexsen PC | Attn: Ryan D Thompson 1901 6th Ave N, Ste 1700 Birmingham, AL 35203 | rthompson@maynardnexsen.com | Email |
| 30 Largest | Medline Industries | Attn: Elvia Ruvalcabe Dept Ch 14400 Palatine, IL 60055-4400 | eruvalcaba@medline.com | Email |
| Committee of Unsecured Creditors | Medline Industries | 3 Lakes Dr Northfield, IL 60093 | | First Class Mail |
| 30 Largest | Medtronic USA | Attn: Angie Hill P.O. Box 409201 Atlanta, GA 30384-9201 | angie.hill@medtronic.com | Email |
| *NOA - Conflicts counsel for the Debtor | Memory Memory & Causby, LLP | Attn: Stuart H Memory/Wm Wesley Causby Attn: McKenna J Meldrum P.O. Box 4054 Montgomery, AL 36103 | smemory@memorylegal.com; wcausby@memorylegal.com; mmeldrum@memorylegal.com | Email |
| 30 Largest | Omnicell | Formally Psg Attn: Korin Lukau P.O. Box 201122 Dallas, TX 75320-1122 | korin.lukau@omnicell.com | Email |
| *NOA - Counsel for Southeast Alabama Lithotripsy, LLC | Parnell & Parnell, P.A. | Attn: Charles N Parnell, III P.O. Box 224 Montgomery, AL 36102 | bkrp@parnellsoutheast.com | Email |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Michael E James and Joe B Riley; Ulysses Davila, MD | Paul D Esco, Attorney at Law, LLC | Attn: Paul D Esco 2800 Zelda Rd, Ste 200-7 Montgomery, AL 36106 | paul.esco@aol.com | Email |
| 30 Largest | Penumbra Inc | Attn: Guy Hulsenberg P.O. Box 101836 Pasadena, CA 91189-1836 | ghulsenberg@penumbrainc.com | Email |
| *NOA - Counsel for Granite Telecommunications, LLC | Phelps Dunbar LLP | Attn: Danielle Mashburn-Myrick 101 Dauphin St, Ste 1000 Mobile, AL 36602 | Danielle.mashburn-myrick@phelps.com | Email |
| 30 Largest | Philips Healthcare | Attn: Melvin Wright P.O. Box 100355 Atlanta, GA 30384-0355 | melvin.wright@philips.com | Email |
| 30 Largest | Premier Imaging Medical Systems LLC | Attn: Tammy D'Allura 201 Industrial Dr, Ste A Franklin, OH 45005 | tdallura@tbsmes.com | Email |
| 30 Largest | Progressive Perfusion Inc | Attn: Will Zukowski 2257 Halcyon Blvd Montgomery, AL 36117 | progressiveperfusion@gmail.com | Email |
| *NOA - Counsel for VRC Companies, LLC | Raulston Brown, PC | Attn: Alto Lee Teague/Engel Hairston P.O. Box 1927 Birmingham, AL 35201 | | First Class Mail |
| 30 Largest | Regions Bank 2006 Bond | Attn: Lisa Dark 1900 5Th Ave N, 26th Fl Birmingham, AL 35203 | lisa.dark@regions.com | Email |
| *NOA - Co-counsel for the Official Committee of Unsecured Creditors | Rumberger, Kirk & Caldwell, PC | Attn: Frederick D Clarke, III/R Scott Williams 2001 Park Pl N, Ste 1300 Birmingham, AL 35203 | fclarke@rumberger.com; swilliams@rumberger.com | Email |
| 30 Largest | Select Medical Corp | Attn: Ruth Powell 4714 Gettysburg Rd Mechanicsburg, PA 17055 | rcpowell@selectmedical.com | Email |
| 30 Largest | Siemens Medical Solutions | Attn: Diane Girard P.O. Box 121102 Dallas, TX 75312-1102 | | First Class Mail |
| *NOA - Counsel for Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Attn: Andrew Sherman/Boris Mankovetskiy The Legal Center 1 Riverfront Plz Newark, NJ 07102 | asherman@sillscummis.com; bmankovetskiy@sillscummis.com | Email |
| Committee of Unsecured Creditors | Sodexo | Attn: Brad Hamman, Director FSS Credit & Collections 915 Meeting St North Bethesda, MD 20852 | | First Class Mail |
| 30 Largest | Southeast Apothecary | fka E-P Attn: Stacy Long 2032 Poplar St Montgomery, AL 36106 | seamain@live.com | Email |
| Committee of Unsecured Creditors | Southeast Apothecary | 2032 Poplar St Montgomery, AL 36106 | | First Class Mail |
| 30 Largest | Spire | Attn: Lakessia Willis P.O. Box 2224 Birmingham, AL 35246-0022 | lakessia.willis@spire.com | Email |
| 30 Largest | St Jude Medical | fka Abbott Attn: Sameer Saxena 22400 Network Pl Chicago, IL 60673-1224 | sameer.saxena@abbott.com | Email |
| 30 Largest | Stericycle | Attn: Jennifer Burks & Jessica Woods 28883 Network Pl Chicago, IL 60673-1288 | jessica.woods@stericycle.com | Email |
| *NOA - Counsel for Progressive Perfusion, Inc | Strength & Connally, LLC | Attn: Joel D Connally 7020 Fain Park Dr, Ste 3 Montgomery, AL 36117 | jc@strengthconnally.com | Email |
| 30 Largest | Stryker Sales | Attn: Maria Seas 22491 Network Pl Chicago, IL 60673 | maria.seas@stryker.com | Email |
| *NOA - Counsel for UMB Bank, N.A. | Tanner & Guin LLC | Attn: Justin G Williams 2711 University Blvd, Ste 201 Tuscaloosa, AL 35401 | justin@tannerguin.law | Email |
| *NOA - Counsel for ASC Holding LLC | The Espy Firm | Attn: C H Espy, Jr/J Kaz Epsy 326 N Oates St P.O. Drawer 6504 Donthan, AL 36302 | Cindi@espyfirm.com | Email |
| *NOA - Counsel for Jackson Investment Group LLC | The Nomberg Law Firm | Attn: Steven D Altmann 3940 Montclair Rd, Ste 401 Birmingham, AL 35213 | steve@nomberglaw.com | Email |
| US Attorney's Office | United States Attorney's Office | Middle District of Alabama 131 Clayton St Montgomery, AL 36104 | | First Class Mail |
| Government Agency | US Dept of Justice | 950 Pennsylvania Ave NW Washington, DC 20530-0001 | | First Class Mail |
| *NOA - Counsel for Jackson Investment Group LLC | Wallace, Jordan, Ratliff & Brandt, LLC | Attn: William A Ratliff/Clark R Hammond 800 Shades Creek Pkwy, Ste 400 Birmingham, AL 35209 | wratliff@wallacejordan.com; CHammond@wallacejordan.com | Email |
| *NOA - Counsel for JMS Health Services, LLC | Webster, Henry, Bradwell Cohan, Speagle & Deshazo, P.C. | Attn: Frank E Bankston Jr / Scott M Speagle 105 Tallapoosa St, Ste 101 Montgomery, AL 36104 | fbankston@websterhenry.com; sspeagle@websterhenry.com | Email |