**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

|  |  |
|---|---|
| In re | Case No. 25-30256-CLH |
|  | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*, | Jointly Administered |
|  |  |
| Debtors.[1] |  |

**ORDER SETTING STATUS HEARING**

As set forth on the record on June 30, 2026, it is hereby ORDERED that the Court will hold a status hearing on **Monday, July 27, 2026, at 10:00 A.M. (central)**, to consider any impediments to the Effective Date, as defined by the Second Amended Joint Plan of Reorganization for Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC [Doc. 1547] (the "Plan") and the Findings of Fact, Conclusions of Law, and Order Confirming, Second Amended Joint Plan of Reorganization for Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC [Doc. 1680] (the "Confirmation Order").

The hearing will take place by virtual attendance through the following Webex link:

https://us-courts.webex.com/us-courts/j.php?MTID=m8aeb0ea882cdf7cad412eea85ccd166a.

All virtual attendees must connect to the Webex at least fifteen minutes prior to the commencement of the hearing. Any virtual attendee desiring to make an appearance on the record must keep their camera on and remain unmuted until their appearance is noted by the Court.

Done this 1st day of July, 2026.

Christopher L. Hawkins
United States Bankruptcy Judge

c:     Debtors
       Derek F. Meek, Attorney for Debtors
       Marc P. Solomon, Attorney for Debtors
       Catherine Via, Attorney for Debtors
       James H. Haithcock, III, Attorney for Debtors
       Stuart H. Memory, Attorney for Debtors

---

[1] An Order entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following cases: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC, with Jackson Hospital & Clinic, Inc. 25-30256 as the lead case. (Case No. 25-30256, Doc. 49).