**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

In re                                         Case No. 25-30256-CLH
                                               Chapter 11

JACKSON HOSPITAL & CLINIC, INC., *et al.*,     Jointly Administered

Debtors.[1]

**ORDER GRANTING MOTION AND SETTING HEARING**

Upon consideration of the Motion to Set Hearing [Doc. 1813] filed by PSM Alabama, LLC (the "Motion"), it is hereby

ORDERED that Motion is GRANTED, and a hearing on the *Application for Payment of Administrative Expense* [Doc. 999] is scheduled for **Monday, July 27, 2026, at 10:00 A.M. (central)**. The hearing will take place by virtual attendance through the following Webex link:

https://us-courts.webex.com/us-courts/j.php?MTID=m8aeb0ea882cdf7cad412eea85ccd166a.

All virtual attendees must connect to the Webex at least fifteen minutes prior to the commencement of the hearing. Any virtual attendee desiring to make an appearance on the record must keep their camera on and remain unmuted until their appearance is noted by the Court.

Done this 7th day of July, 2026.

Christopher L. Hawkins
United States Bankruptcy Judge

c:      Debtors
         Derek F. Meek, Attorney for Debtors
         Marc P. Solomon, Attorney for Debtors
         Catherine Via, Attorney for Debtors
         James H. Haithcock, III, Attorney for Debtors
         Stuart H. Memory, Attorney for Debtors
         Bill D. Bensinger, Attorney for PSM Alabama, LLC

---

[1] An Order entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following cases: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC, with Jackson Hospital & Clinic, Inc. 25-30256 as the lead case. (Case No. 25-30256, Doc. 49).