**The relief described hereinbelow is SO ORDERED**

**Done this 8th of July, 2026**

**Christopher L. Hawkins
United States Bankruptcy
Judge**



_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

### CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter is before the Court on *Creditor Valerie Bauer's Motion for Relief from Automatic Stay* [Doc. 1775] (the "Motion"). There are no objections to the relief requested in the Motion and the Court has been advised that both the Movant and the Debtors consent to the entry of this Order. Therefore, it is ORDERED, ADJUDGED and DECREED as follows:

The automatic stay of 11 U.S.C. § 362 is hereby modified and terminated to allow the Movant to proceed in the litigation pending in the United States District Court for the Middle District of Alabama, Case Number: 2:22-CV-00178-ECM-CWB, against Jackson Hospital & Clinic, Inc. (the "Litigation") only to the extent of any available insurance coverage of the Debtors.

---

[1] The Debtors in these cases are Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC. *See* [Doc. No. 49].

Other than as stated above, there shall be no further action taken by the Movant against the Debtors in the Litigation. Nothing herein shall be construed as a ruling on any discovery issues in the Litigation. The Movant shall look solely to the insurance coverage for the collection of any judgment against the Debtors and not the bankruptcy estate for recovery.[2] Moreover, the Debtors shall not be liable for, or charged, any deductible, self-insured retention or any other similar type of charge in connection with the Litigation.

Nothing herein shall affect any right or claim that Jackson Hospital may obtain against any of Jackson Hospital's insurers following the entry of any judgment in the Litigation.

This Order shall not be stayed pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(4) and shall be effective immediately upon entry.

### END OF ORDER ###

| | |
|---|---|
| Order drafted and submitted by:<br>Catherine T. Via<br>BURR & FORMAN LLP<br>420 20th Street North, Suite 3400<br>Birmingham, Alabama 35203<br>(205) 251-3000<br>cvia@burr.com<br>Counsel for Debtor and Debtor-in-Possession | Order reviewed and agreed to by:<br>Kenneth D. Haynes<br>HAYNES & HAYNES, P.C.<br>1600 Woodmere Drive<br>Birmingham, AL 35226<br>Phone: (205) 879-0377<br>Fax: (205) 879-3572<br>Email: kdhaynes@haynes-haynes.com |

---

2      Nothing contained herein shall impact the Movant's ability to proceed with the claims against any codefendant that is not a debtor in the above captioned bankruptcy.

2