# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Jackson Hospital & Clinic, Inc., *et al.*,**[1] | § | |
| | § | **Case No. 25-30256** |
| | § | |
| **Debtors.** | § | |
| | § | **Jointly Administered** |

## UNOPPOSED MOTION TO CONTINUE HEARING

Jackson Hospital & Clinic, Inc. (the "Hospital") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors")[1] in the above-styled chapter 11 bankruptcy case, hereby files this unopposed motion (the "Motion") to continue the hearing set for July 14, 2026, at 2:00 p.m. Central (the "Hearing"). In support of this Motion, the Debtors state as follows:

1.      On April 29, 2026, this Court entered the *Order Setting Hearing* (the "Order"). *See* Doc. 1684.

2.      The Order stated that as set forth in the Findings of Fact, Conclusions of Law, and Order Confirming, Second Amended Joint Plan of Reorganization for Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC [Doc. 1680] (the "Confirmation Order"), a status hearing on any Unresolved Cure Objections, as defined by the Confirmation Order, was scheduled for June 2, 2026.

3.      On May 28, 2026, this Court entered the *Order Resetting Hearing*, whereby the hearing to consider any Unresolved Cure Objections was reset for July 14, 2026. *See* Doc. 1747.

4.      The Debtors and other interested parties have been actively engaged in satisfying the conditions precedent set forth in the Debtors' confirmed plan. As a result, the Debtors believe

---

[1] The Debtors in these cases are Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.

69786884 v1

that a short continuance of the Hearing is appropriate so that the Debtors may turn their attention to resolving the Unresolved Cure Objections.

5. The Debtors respectfully request that this Court continue the Hearing by two weeks from the date of the Hearing, or such other amount of time that this Court will allow.

6. The Debtors have confirmed that counterparties to the contracts in question at the Hearing have consented to the Motion and relief requested herein.

**WHEREFORE**, the Debtors respectfully request that this Court grant the Motion, continuing the Hearing to a date two weeks from the current hearing, subject to this Court's availability.

Dated: July 10, 2026

**BURR & FORMAN LLP**

*/s/ Catherine T. Via*
Derek F. Meek
Marc P. Solomon
Catherine T. Via
Burr & Forman LLP
420 20th Street North, Suite 3400
Birmingham, Alabama 35203
Telephone:  (205) 251-3000
E-mail:      dmeek@burr.com
               msolomon@burr.com
               cvia@burr.com

*Counsel for Debtor and Debtor-in-Possession*