**The relief described hereinbelow is SO ORDERED**

**Done this 8th of July, 2026**

Christopher L. Hawkins
United States Bankruptcy
Judge



___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

**CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

This matter is before the Court on *Creditor Valerie Bauer's Motion for Relief from Automatic Stay* [Doc. 1775] (the "Motion"). There are no objections to the relief requested in the Motion and the Court has been advised that both the Movant and the Debtors consent to the entry of this Order. Therefore, it is ORDERED, ADJUDGED and DECREED as follows:

The automatic stay of 11 U.S.C. § 362 is hereby modified and terminated to allow the Movant to proceed in the litigation pending in the United States District Court for the Middle District of Alabama, Case Number: 2:22-CV-00178-ECM-CWB, against Jackson Hospital & Clinic, Inc. (the "Litigation") only to the extent of any available insurance coverage of the Debtors.

___

[1] The Debtors in these cases are Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC. *See* [Doc. No. 49].

1

Other than as stated above, there shall be no further action taken by the Movant against the Debtors in the Litigation. Nothing herein shall be construed as a ruling on any discovery issues in the Litigation. The Movant shall look solely to the insurance coverage for the collection of any judgment against the Debtors and not the bankruptcy estate for recovery.[2] Moreover, the Debtors shall not be liable for, or charged, any deductible, self-insured retention or any other similar type of charge in connection with the Litigation.

Nothing herein shall affect any right or claim that Jackson Hospital may obtain against any of Jackson Hospital's insurers following the entry of any judgment in the Litigation.

This Order shall not be stayed pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(4) and shall be effective immediately upon entry.

### END OF ORDER ###

| Order drafted and submitted by: | Order reviewed and agreed to by: |
|---|---|
| Catherine T. Via | Kenneth D. Haynes |
| BURR & FORMAN LLP | HAYNES & HAYNES, P.C. |
| 420 20th Street North, Suite 3400 | 1600 Woodmere Drive |
| Birmingham, Alabama 35203 | Birmingham, AL 35226 |
| (205) 251-3000 | Phone: (205) 879-0377 |
| cvia@burr.com | Fax: (205) 879-3572 |
| Counsel for Debtor and Debtor-in-Possession | Email: kdhaynes@haynes-haynes.com |

---

[2] Nothing contained herein shall impact the Movant's ability to proceed with the claims against any codefendant that is not a debtor in the above captioned bankruptcy.

2

United States Bankruptcy Court

Middle District of Alabama

In re:

Jackson Hospital & Clinic, Inc.

Debtor

Case No. 25-30256-CLH

Chapter 11

# CERTIFICATE OF NOTICE

Date Rcvd: Jul 08, 2026                   Form ID: pdfSOME                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

^                        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | ^ MEBN | | |
| | | Jul 08 2026 20:31:29 | Jackson Hospital & Clinic, Inc., 1725 Pine Street, Montgomery, AL 36106-1117 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alto L Teague, IV | on behalf of Creditor VRC Companies  LLC lteague@ehrblaw.com |
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Debtor asherman@sillscummis.com |
| Audrey Willis | on behalf of Creditor United States of America  Internal Revenue Service audrey.willis@usdoj.gov, Stacey.Vanalst@usdoj.gov;Michael.Gipson@usdoj.gov;CaseView.ECF@usdoj.gov |
| Bankruptcy Administrator | ba@almb.uscourts.gov  danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| Bill D Bensinger | on behalf of Creditor PSM Alabama Holdings  LLC bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com;cfellis@csattorneys.com |

Bill D Bensinger

on behalf of Creditor Premier Imaging Medical Systems LLC bdbensinger@csattorneys.com, bill-bensinger-5829@ecf.pacerpro.com;cfellis@csattorneys.com

Boris Mankovetskiy

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Debtor bmankovetskiy@sillscummis.com

Bowdy J Brown

on behalf of Creditor c/o Patrick Sefton The Water Works and Sanitary Sewer Board of the City of Montgomery bo.brown@chlaw.com stephanie.cloutier@chlaw.com;jack.pitts@chlaw.com

Bowdy J Brown

on behalf of Creditor Sodexo bo.brown@chlaw.com stephanie.cloutier@chlaw.com;jack.pitts@chlaw.com

Brenden Smith

on behalf of Creditor Sulema Lee bsmith@wkfirm.com

Brian R. Walding

on behalf of Creditor Cardinal Health 110 LLC; Cardinal Health 112 LLC & Cardinal Health 200 LLC bwalding@waldinglaw.com dbyrd@waldinglaw.com;bnichols@waldinglaw.com;lbos@waldinglaw.com

Brian R. Walding

on behalf of Creditor Lifesouth Community Blood Centers Inc. bwalding@waldinglaw.com, dbyrd@waldinglaw.com;bnichols@waldinglaw.com;lbos@waldinglaw.com

Brian R. Walding

on behalf of Interested Party UnitedHealthcare Insurance Company bwalding@waldinglaw.com dbyrd@waldinglaw.com;bnichols@waldinglaw.com;lbos@waldinglaw.com

Cason M. Kirby

on behalf of Creditor Altera Digital Health Inc. Cason.Kirby@hklaw.com lisa.kennedy@hklaw.com

Cassie Preston

on behalf of Defendant Jackson Hospital & Clinic Inc. cpreston@grsm.com

Cassie Preston

on behalf of Plaintiff Progressive Perfusion Inc. cpreston@grsm.com

Catherine Via

on behalf of Debtor Jackson Hospital & Clinic Inc. cturner@burr.com, mgunnells@burr.com

Charles N. Parnell, III

on behalf of Creditor Southeast Alabama Lithotripsy LLC bkrp@parnellsoutheast.com

Chase Potter

on behalf of Spec. Counsel Chase J. Potter potter@imcplaw.com filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com

Chase Potter

on behalf of Plaintiff Jackson Hospital & Clinic Inc. potter@imcplaw.com, filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com

Christopher A. Bottcher

on behalf of Creditor Siemens Financial Services Inc. cbottcher@spencerfane.com, dasmus@mcglinchey.com

Christopher Scott Randolph, Jr

on behalf of Attorney Jena Gunst chris@hwnn.com

Clark Hammond

on behalf of Creditor Jackson Investment Group LLC chammond@wallacejordan.com

Collier H. Espy, Jr.

on behalf of Interested Party ASC HOLDINGS LLC kc@espymetcalf.com, espycr81822@notify.bestcase.com

Constance Caldwell Walker

on behalf of Creditor Montgomery County Commission Tax and Audit Department conniewalker@montgomerycountyal.gov, tmp@hsg-law.com

Daniel D. Sparks

on behalf of Creditor Intuitive Surgical Inc. ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com;cfellis@csattorneys.com

Daniel D. Sparks

on behalf of Creditor Ortho-Clinical Diagnostics Inc. ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com;cfellis@csattorneys.com

Danielle Elysees Douglas

on behalf of Creditor Fisher Scientific Company L.L.C. danielle.douglas@arlaw.com

Derek F. Meek

on behalf of Defendant Jackson Hospital & Clinic Inc. dmeek@burr.com, mgunnells@burr.com

Derek F. Meek

on behalf of Debtor JHC Pharmacy  LLC dmeek@burr.com, mgunnells@burr.com

Derek F. Meek

on behalf of Financial Advisor Eisner Advisory Group LLC dmeek@burr.com  mgunnells@burr.com

Derek F. Meek

on behalf of Debtor Jackson Hospital & Clinic  Inc. dmeek@burr.com, mgunnells@burr.com

Douglas Buckley

on behalf of Creditor UMB Bank  N.A. Douglas.Buckley@hsfkramer.com, corporate-reorg-1449@ecf.pacerpro.com

Edward Wilson, Jr

on behalf of Spec. Counsel E. Ham Wilson khilton@ball-ball.com  lsadler@ball-ball.com

Elise N Topping

on behalf of Health Care Ombudsman SAK Management Services  LLC etopping@bakerdonelson.com

Elise N Topping

on behalf of Health Care Ombudsman Suzanne A. Koenig etopping@bakerdonelson.com

Elli Anne Bradley Jennings

on behalf of Creditor Ortho-Clinical Diagnostics  Inc. eaj@csattorneys.com

Emory Grissom Allen

on behalf of Creditor WM Corporate Services  Inc. eallen@clarkhill.com

Emory Grissom Allen

on behalf of Creditor Stericycle  Inc. eallen@clarkhill.com

Eric L Pruitt

on behalf of Health Care Ombudsman Suzanne A. Koenig epruitt@bakerdonelson.com

Eric L Pruitt

on behalf of Health Care Ombudsman SAK Management Services  LLC epruitt@bakerdonelson.com

Eric L. Pruitt

on behalf of Health Care Ombudsman SAK Management Services  LLC epruitt@bakerdonelson.com, lmclean@bakerdonelson.com;mcleveland@bakerdonelson.com

Eric Tyson Ray

on behalf of Creditor Altera Digital Health Inc. etray@hklaw.com  brooke.freeman@hklaw.com

Evan Nicholas Parrott

on behalf of Creditor ProHealth Pharmacy Solutions  LLC eparrott@maynardnexsen.com, amontgomery@maynardnexsen.com

Evan Nicholas Parrott

on behalf of Creditor TruBridge  Inc. eparrott@maynardnexsen.com, amontgomery@maynardnexsen.com

Evan Nicholas Parrott

on behalf of Creditor Crown Health Care Laundry Service eparrott@maynardnexsen.com  amontgomery@maynardnexsen.com

Frank E. Bankston, Jr.

on behalf of Creditor JMS Health Services  LLC fbankston@websterhenry.com, steven@websterhenry.com

Frank Johnson Baxley

on behalf of Creditor John Patrick Smith jbaxley@frplegal.com

Frederick D. Clarke

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Debtor fclarke@rumberger.com ldowner@rumberger.com;docketingorlando@rumberger.com

Gilbert L. Fontenot

on behalf of Creditor LEAF Capital Funding LLC guslf100@aol.com  gus@maplesfontenot.com

Greg Varner

on behalf of Creditor Candace Odom gvarner@gregvarnerlaw.com

Greg Varner

on behalf of Creditor Joshua Odom gvarner@gregvarnerlaw.com

Greg Varner

on behalf of Creditor a Minor K.J.O. Odom gvarner@gregvarnerlaw.com

I. Danielle Mashburn-Myrick

on behalf of Creditor Granite Telecommunications  LLC Danielle.Mashburn-Myrick@phelps.com, jessica.joseph@phelps.com

J. Kaz Espy

on behalf of Interested Party ASC HOLDINGS  LLC cindi@espyfirm.com, espykr81822@notify.bestcase.com

Jack B Hinton, Jr.

on behalf of Spec. Counsel Jack B Hinton  Jr. jay@ghhclaw.com, morgan@ghhclaw.com

Jack B Hinton, Jr.

on behalf of Debtor Jackson Hospital & Clinic  Inc. jay@ghhclaw.com, morgan@ghhclaw.com

James David Martin

on behalf of Interested Party Gordon Rees Scully Mansukhani martin@copelandfranco.com

James H Haithcock, III

on behalf of Debtor Jackson Hospital & Clinic  Inc. jhaithco@burr.com, mgunnells@burr.com

Jamie A. Johnston

on behalf of Creditor Albert Boone  Sr jamie@frankmwilsonpc.com

Jayna Partain Lamar

on behalf of Creditor Regions Bank jlamar@maynardnexsen.com  prudloff@maynardcooper.com;kwesson@maynardcooper.com

Jayna Partain Lamar

on behalf of Defendant Blue Cross and Blue Shield of Alabama jlamar@maynardnexsen.com
prudloff@maynardcooper.com;kwesson@maynardcooper.com

Jeremy L. Retherford

on behalf of Creditor ServisFirst Bank jretherford@balch.com  blankford@balch.com;bgood@balch.com

Joel Connally

on behalf of Plaintiff Progressive Perfusion  Inc. jc@strengthconnally.com

Joel Connally

on behalf of Creditor Progressive Perfusion  Inc. jc@strengthconnally.com

John W Reis

on behalf of Creditor Philips Healthcare jreis@foxrothschild.com  jbaker@foxrothschild.com

John William Clark, IV

on behalf of Creditor Radiology Group  P.A. jclark@bainbridgemims.com, knolan@bainbridgemims.com

Jonathan Hoffmann

on behalf of Creditor Alabama Power Company jhoffmann@balch.com  bgood@balch.com;blankford@balch.com

Joseph Callaway

on behalf of Creditor Carol Rauccio jcallaway@mrblaw.com

Justin G. Williams

on behalf of Creditor UMB Bank  N.A. justin@tannerguin.law, wendy@tannerguin.law

Kenneth D. Haynes

on behalf of Creditor VALARIE PAPACONSTANTINOU-BAUER kdhaynes@haynes-haynes.com

Kenneth D. Haynes

on behalf of Creditor Valerie Papaconstantinou-Bauer kdhaynes@haynes-haynes.com

Kenneth M. Thomas

on behalf of Creditor Humana  Inc kthomas@foxswibel.com

Kenneth M. Thomas

on behalf of Creditor Humana Insurance Company kthomas@foxswibel.com

Kenneth M. Thomas

on behalf of Creditor Health Value Management  Inc. d/b/a ChoiceCare Network kthomas@foxswibel.com

Marc P. Solomon

on behalf of Debtor Jackson Hospital & Clinic  Inc. msolomon@burr.com, mgunnells@burr.com

Matthew M Cahill

on behalf of Health Care Ombudsman SAK Management Services  LLC mcahill@bakerdonelson.com,
mcleveland@bakerdonelson.com;dbivins@bakerdonelson.com

Matthew M Cahill

on behalf of Health Care Ombudsman Suzanne A. Koenig mcahill@bakerdonelson.com
mcleveland@bakerdonelson.com;dbivins@bakerdonelson.com

Matthew M Cahill

on behalf of Health Care Ombudsman Baker Donelson Bearman Caldwell & Berkowitz  PC mcahill@bakerdonelson.com,
mcleveland@bakerdonelson.com;dbivins@bakerdonelson.com

Matthew M Cahill

on behalf of Consultant SAK Management Services  LLC mcahill@bakerdonelson.com,
mcleveland@bakerdonelson.com;dbivins@bakerdonelson.com

Michael F. Braun

on behalf of Creditor JB Waste Connection  LLC mfb@braun-law.com

Michael G. Strickland

on behalf of Creditor Shaunita Hardy mgs@jurytrial.us  service@jurytrial.us

Michael G. Strickland

on behalf of Creditor Kimberly W. Matthews mgs@jurytrial.us service@jurytrial.us

Nathan DeWayne Pope

on behalf of Plaintiff Progressive Perfusion Inc. dpope@grsm.com

Patrick L.W. Sefton

on behalf of Creditor c/o Patrick Sefton The Water Works and Sanitary Sewer Board of the City of Montgomery Pat.Sefton@chlaw.com chandra.price@chlaw.com

Paul Rosenblatt

on behalf of Spec. Counsel Paul M. Rosenblatt Esq. pmr@ktslaw.com, moroberts@ktslaw.com

Paul Rosenblatt

on behalf of Creditor Jackson Investment Group LLC pmr@ktslaw.com, moroberts@ktslaw.com

Paul D. Esco

on behalf of Creditor Joe B. Riley paul.esco@aol.com lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com

Paul D. Esco

on behalf of Creditor Michael E. James paul.esco@aol.com lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com

Paul D. Esco

on behalf of Creditor Ulysses Davila MD paul.esco@aol.com, lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com

R. Scott Williams

on behalf of Spec. Counsel Rumberger Kirk & Caldwell, P.C. swilliams@rumberger.com, docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com;mcourtney@rumberger.com

Ralph C Mayrell

on behalf of Creditor UMB Bank N.A. ralph.mayrell@hsfkramer.com

Richard Riley

on behalf of Creditor Carol Rauccio jcallaway@mrblaw.com cburt@mrblaw.com;jcallaway@mrblaw.com

Richard Scott Williams

on behalf of Financial Advisor FTI Consulting Inc. swilliams@rumberger.com, bchandler@rumberger.com;Singer.SuzanneA.B112562@notify.bestcase.com;Singer.SuzanneA.B112562@notify.bestcase.com

Richard Scott Williams

on behalf of Spec. Counsel Rumberger Kirk & Caldwell, P.C. swilliams@rumberger.com, bchandler@rumberger.com;Singer.SuzanneA.B112562@notify.bestcase.com;Singer.SuzanneA.B112562@notify.bestcase.com

Richard Scott Williams

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Debtor swilliams@rumberger.com bchandler@rumberger.com;Singer.SuzanneA.B112562@notify.bestcase.com;Singer.SuzanneA.B112562@notify.bestcase.com

Robert D Segall

on behalf of Interested Party Gordon Rees Scully Mansukhani segall@copelandfranco.com michaud@copelandfranco.com

Robert Deloach Reynolds

on behalf of Creditor Richard C. Holmes robreynolds1@rrllaw.com

Rodney F Barganier

on behalf of Creditor Deandrala Means rfb@barganierlaw.net

Ryan D. Thompson

on behalf of Defendant Blue Cross and Blue Shield of Alabama rthompson@maynardcooper.com prudloff@maynardcooper.com

Ryan D. Thompson

on behalf of Creditor Baptist Health rthompson@maynardcooper.com prudloff@maynardcooper.com

Ryan D. Thompson

on behalf of Creditor Blue Cross Blue Shield of Alabama rthompson@maynardcooper.com prudloff@maynardcooper.com

Sarah Bell Harwell

on behalf of Creditor State of Alabama Department of Revenue sarah.harwell@revenue.alabama.gov

Scott M Speagle

on behalf of Creditor JMS Health Services LLC scott@websterhenry.com

Stephen Shay Samples

on behalf of Creditor Griffin Lane Knight shay@hwnn.com

Steven David Altmann

on behalf of Creditor Jackson Investment Group LLC steve@nomberglaw.com

Stuart Memory

on behalf of Plaintiff Jackson Hospital & Clinic Inc. smemory@memorylegal.com, vgm@memorylegal.com;wcausby@memorylegal.com;cwilhoit@memorylegal.com;memory.stuartb124269@notify.bestcase.com; memorybknotices@gmail.com;mmeldrum@memorylegal.com;pburn@memorylegal.com;athomas@memorylegal.com

Stuart Memory

on behalf of Spec. Counsel Memory Memory & Causby LLP smemory@memorylegal.com,
vgm@memorylegal.com;wcausby@memorylegal.com;cwilhoit@memorylegal.com;memory.stuartb124269@notify.bestcase.com;
memorybknotices@gmail.com;mmeldrum@memorylegal.com;pburn@memorylegal.com;athomas@memorylegal.com

Stuart Memory

on behalf of Debtor JHC Pharmacy LLC smemory@memorylegal.com,
vgm@memorylegal.com;wcausby@memorylegal.com;cwilhoit@memorylegal.com;memory.stuartb124269@notify.bestcase.com;
memorybknotices@gmail.com;mmeldrum@memorylegal.com;pburn@memorylegal.com;athomas@memorylegal.com

Stuart Memory

on behalf of Debtor Jackson Hospital & Clinic Inc. smemory@memorylegal.com,
vgm@memorylegal.com;wcausby@memorylegal.com;cwilhoit@memorylegal.com;memory.stuartb124269@notify.bestcase.com;
memorybknotices@gmail.com;mmeldrum@memorylegal.com;pburn@memorylegal.com;athomas@memorylegal.com

William Lattimore

on behalf of Creditor Johnny Alexander as Personal Representative of The Estate of Althea Alexander
wlattimore@turnbullfirm.com

William Wesley Causby

on behalf of Plaintiff Jackson Hospital & Clinic Inc. wcausby@memorylegal.com,
smemory@memorylegal.com;pburn@memorylegal.com;mmeldrum@memorylegal.com;cwilhoit@memorylegal.com

Xan Ingram Flowers

on behalf of Creditor Lightbeam Health Solutions Inc. xan.flowers@butlersnow.com

TOTAL: 113