| | |
|---|---|
| In re | Case No. 25-30256-CLH |
| | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*, | Jointly Administered |
| Debtors.[1] | |

## ORDER GRANTING MOTION AND RESETTING HEARING

Upon consideration of the Unopposed Motion to Continue Hearing [Doc. 1842] (the "Motion") filed by Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC (the "Debtors"), it is hereby

ORDERED that the Motion is GRANTED, and the status hearing scheduled for Tuesday, July 14, 2026, to consider any Unresolved Cure Objections, as defined by the Findings of Fact, Conclusions of Law, and Order Confirming, Second Amended Joint Plan of Reorganization for Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC [Doc. 1680] entered on April 28, 2026 (the "Confirmation Order"), is RESET for **Monday, July 27, 2026, at 10:00 A.M. (central)**. The hearing will take place by virtual attendance through the following Webex link:

https://us-courts.webex.com/us-courts/j.php?MTID=m8aeb0ea882cdf7cad412eea85ccd166a.

All virtual attendees must connect to the Webex at least fifteen minutes prior to the commencement of the hearing. Any virtual attendee desiring to make an appearance on the record must keep their camera on and remain unmuted until their appearance is noted by the Court.

Done this 13th day of July, 2026.

Christopher L. Hawkins
United States Bankruptcy Judge

---

[1] An Order entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following cases: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC, with Jackson Hospital & Clinic, Inc. 25-30256 as the lead case. (Case No. 25-30256, Doc. 49).

c:      Debtors
        Derek F. Meek, Attorney for Debtors
        Marc P. Solomon, Attorney for Debtors
        Catherine Via, Attorney for Debtors
        James H. Haithcock, III, Attorney for Debtors
        Stuart H. Memory, Attorney for Debtors