**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re: | Chapter 11 |
| JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1] | Case No. 25-30256 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING SIXTEENTH MONTHLY FEE APPLICATION OF RUMBERGER KIRK AND CALDWELL AS CO-COUNSEL TO THE OFFICIAL UNSECURED CREDITORS COMMITTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2026 THROUGH JULY 31, 2026**

**PLEASE TAKE NOTICE** that on August 24, 2026, Rumberger Kirk & Caldwell, P.C. (the "Applicant" or "RKC"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case, applied, pursuant to (i) sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Middle District of Alabama (the "Local Rules"), and (iv) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Doc. 54] (the "Interim Compensation Order"),[2] for allowance of compensation for services rendered and reimbursement of expenses for the period from July 1, 2026 through July 31, 2026 (the "Application Period"). Pursuant to the Interim Compensation Order, notice parties have ten (10) calendar days, or the next business day if such day is not a business day, from the date of service of this Notice, to file with the Court a written objection, if any, to this application. The Applicant submits as follows:

1 The Debtors in these cases are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC. *See* [Doc. No. 49].

2 Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

1. Name of Applicant: Rumberger Kirk & Cardwell, P.C.
   2001 Park Place Suite 1300
   Birmingham, AL 35203

2. Authorized to Provide Professional Services to: Committee

3. Date of Application to Employ: March 12, 2025

4. Date of Retention: February 19, 2025

5. Period for which compensation and reimbursement is sought: July 1, 2026 through July 31, 2026

6. Amount of compensation sought as actual, reasonable, and necessary: $5,628.00 (80% of $7,035.00).

7. Amount of expense reimbursement sought as actual, reasonable, and necessary: $0.00.

8. This is a/an: X monthly ____interim ____final application

9. A summary of RKC's invoice for the Application Periods is attached hereto as Exhibit A. The invoice has been redacted for attorney-client privilege, work product, and confidentiality.

**NOTICE**

10. Applicant provided notice of the Application to: (i) the Debtors, Jackson Hospital & Clinic, Inc., et al., allen.wilen@eisneramper.com; (ii) counsel to Servisfirst Bank, Balch & Bingham LLP, jretherford@balch.com; (iii) counsel to UMB, in its capacity as the Indenture Trustee and in its capacity as the noteholder representative and collateral agent under the 2024 Bridge Note Purchase Agreement, Kramer Levin, dbuckley@kramerlevin.com; (iv) counsel to Jackson Investments, as the Debtors' Post-Petition Lender, Kilpatrick Townsend, prosenblatt@ktslaw.com;

(v) the Office of the Bankruptcy Administrator for the Middle District of Alabama, danielle_greco@almba.uscourts.gov and britt_griggs@almba.uscourts.gov; and (vi) counsel for Debtor and Debtor-in-Possession, dmeek@burr.com msolomon@burr.com acicero@burr.comand and cvia@burr.com . In light of the nature of the relief requested, Rumberger Kirk and Cardwell, P.C. submits that no other or further notice is required.

**PRIOR REQUEST**

Applicant has previously sought fees and expenses in the amount of $13,950.49 for the Fifteenth Monthly Fee Application filed on July 22, 2026 [Doc. 1784].

Dated: August 24, 2026

/s/ R. Scott Williams
R. Scott Williams
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North, Suite 1300
Birmingham, AL 35203
(205) 327-5550

# Exhibit A

Rumberger|Kirk

Post Office Box 1873
Orlando, Florida 32802-1873
Telephone 407. 872.7300
Telecopier 407.841.2133

August 24, 2026

Michael Anderson
email bills to: michael.anderson06@cardinalhealth.com
Unsecured Creditors of Jackson Hospital
7000 Cardinal Place
Dublin, OH 43017

RE: Unsecured Creditors of Jackson Hospital

Our File No.: U092 – 149948

Dear Mr. Anderson:

Enclosed is our interim invoice number 1038920 dated August 24, 2026 in the total amount of $7,035.00, which breaks down as follows:

| | | |
|---|---|---|
| Current Fees: | $ | 7,035.00 |
| Current Costs: | $ | 0.00 |
| Current Amount Due: | $ | 7,035.00 |

If this billing meets with your approval, we would appreciate receiving payment within thirty days. Should you have any questions, please do not hesitate to give us a call.

Very truly yours,

*R. Scott Williams*

R. Scott Williams

Enclosure

| Remit Payment by Mail | Remit Payment by ACH |
|---|---|
| Rumberger, Kirk and Caldwell | Bank Name: Joint UPIC Account |
| Attn: Accounting | ABA Number: 021052053 |
| P.O. Box 1873 | Account Number: 94431150 |
| Orlando, FL 32802-1873 | Rumberger, Kirk and Caldwell P.A Operating Account |

**Rumberger, Kirk & Caldwell**
**Accounting Office**
**P.O. Box 1873**
**Orlando, FL 32802**

**Our Federal ID No.: 59-2089901**

August 24, 2026

Michael Anderson
email bills to: michael.anderson06@cardinalhealth.com
Unsecured Creditors of Jackson Hospital
7000 Cardinal Place
Dublin, OH 43017

Our File No.: U092 - 149948

Invoice No: **1038920**

| | | |
|---|---|---|
| Current Amount Due: Through July 31, 2026: | $ | 7,035.00 |
| Previous Balance Due: | $ | 88,637.59 |
| Total Amount Due: | $ | 95,672.59 |

Unsecured Creditors of Jackson Hospital

Legal Services Rendered Through July 31, 2026

***Outstanding Fee and Cost Balances***

| Date | Invoice No. | | Fees | | Costs | | Total |
|---|---|---|---|---|---|---|---|
| 12/11/2025 | 1026358 | $ | 3,144.20 | $ | 0.00 | $ | 3,144.20 |
| 01/16/2026 | 1028072 | $ | 3,708.72 | $ | 0.00 | $ | 3,708.72 |
| 02/13/2026 | 1029377 | $ | 2,733.00 | $ | 0.00 | $ | 2,733.00 |
| 03/23/2026 | 1031586 | $ | 21,200.00 | $ | 131.92 | $ | 21,331.92 |
| 04/17/2026 | 1032473 | $ | 20,955.00 | $ | 132.49 | $ | 21,087.49 |
| 06/01/2026 | 1034986 | $ | 15,884.00 | $ | 131.77 | $ | 16,015.77 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/12/2026 | 1035013 | $ | 3,211.50 | $ | 0.00 | $ | 3,211.50 |
| 07/20/2026 | 1037018 | $ | 17,272.50 | $ | 132.49 | $ | 17,404.99 |
| | | Unpaid Fees and Costs from Prior Billings: | | | | $ | 88,637.59 |

***Current Legal Fees***

| Date | Tkpr | Description | Time |
|---|---|---|---|
| 07/01/2026 | RSW | Multiple calls and emails on Blue Cross negoations | 0.6 |
| 07/01/2026 | RSW | Reviewing financial reports | 0.6 |
| 07/02/2026 | RSW | Review, revise and file quarterly fees and materials for BA | 0.8 |
| 07/03/2026 | RSW | Reviewing info and emails on Jackson settlement and next steps in case | 0.7 |
| 07/06/2026 | RSW | Emails and work on info for Blue Cross settlement and next steps to confirmation | 0.5 |
| 07/07/2026 | RSW | Reviewing PSM notes for hearing work on monthly June billing issues | 0.6 |
| 07/08/2026 | RSW | Emails on fee issues and documents for BA | 0.2 |
| 07/09/2026 | RSW | Reviewing AP and AR info and follow up emails to creditor | 0.5 |
| 07/10/2026 | REC | Reviewed, revised and filed CNOs for FTI's May fee application and 5th Interim fees | 0.8 |
| 07/13/2026 | RSW | Call and email with Sherman on status | 0.2 |
| 07/13/2026 | RSW | Email with R. Thompson re Blue Cross Agreement | 0.2 |
| 07/14/2026 | RSW | Call with A. Sherman on Blue Cross settlement | 0.3 |
| 07/15/2026 | RSW | Reviewing weekly financial data | 0.3 |

| | | | |
|---|---|---|---|
| 07/21/2026 | REC | Email exchanges with O. Matviyishyn re Sills' fee appilcations | 0.4 |
| 07/21/2026 | RSW | Conference call with Debtor and DIP lender on status operation and Blue Cross | 0.5 |
| 07/22/2026 | REC | Prepared, revised and filed CNOs for Sills' third, fourth and fifth fee applications | 1.2 |
| 07/22/2026 | REC | Prepared, revised and submitted Sills' third and fourth fee application orders | 0.8 |
| 07/22/2026 | REC | Reviewd, revised and filed FTI's June fee application | 0.6 |
| 07/22/2026 | REC | Review, revised and filed RKC's June fee application | 0.6 |
| 07/22/2026 | RSW | Revise, review and file requests and CNO | 0.5 |
| 07/23/2026 | RSW | Reviewing weekly financials nad AR reports | 0.5 |
| 07/23/2026 | RSW | Emails with Blue Cross lawyer on status of settlement | 0.3 |
| 07/23/2026 | RSW | Reviewing June operating reports | 0.3 |
| 07/23/2026 | RSW | Work on fee apps and BA responses to quarterly apps | 0.3 |
| 07/24/2026 | RSW | Call with N. Gahfi re FTI info on financials and status of settlement | 0.3 |
| 07/27/2026 | RSW | Reviewing notes on rejecting agreement | 0.3 |
| 07/27/2026 | RSW | Reviewing info for committee on status | 0.4 |
| 07/27/2026 | RSW | Call with Sherman on status and next steps | 0.3 |
| 07/28/2026 | RSW | Review and send emails with Committee on status of Blue Cross settlement | 0.4 |
| 07/28/2026 | RSW | Email and call with Blue Cross lawyers on open issues | 0.5 |
| 07/28/2026 | RSW | Follow up emails with A. Sherman on pending negotations to effective date | 0.4 |

| | | | |
|---|---|---|---|
| 07/29/2026 | REC | Email exchanges with O. Matviyishyn re 5th interim fee app order | 0.5 |
| 07/30/2026 | RSW | Emails with creditors on status | 0.4 |
| 07/30/2026 | RSW | Reviewing weekly financial reports | 0.4 |
| 07/31/2026 | RSW | Emails and reviewing notice from M. Cohill on ombudsman | 0.2 |
| 07/31/2026 | RSW | Call with N. Gahti re FTI info and Blue Cross | 0.2 |
| 07/31/2026 | RSW | Reviewing notice and info on DIP motion for extension | 0.3 |

***Timekeeper Summary***

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Scott Williams | 12.0 | $ 525.00 | $ 6,300.00 |
| Rebecca E. Chandler | 4.9 | $ 150.00 | $ 735.00 |
| Total Hours and Fees: | 16.9 | | $ 7,035.00 |

***Timekeeper Summary by Rank***

| Timekeeper Rank | Hours | Total |
|---|---|---|
| Senior Partner | 12.0 | $ 6,300.00 |
| Paralegal | 4.9 | $ 735.00 |
| Total Fees by Rank: | | $ 7,035.00 |

***Bill Summary***

| | |
|---|---|
| Current Legal Fees: | $ 7,035.00 |
| Current Costs: | $ 0.00 |

| | | |
|---|---|---|
| Current Amount Due: | $ | 7,035.00 |
| Previous Balance Due: | $ | 88,637.59 |
| Total Amount Due: | $ | 95,672.59 |

Rumberger, Kirk & Caldwell
Accounting Office
P.O. Box 1873
Orlando, FL 32802

Our Federal ID No.: 59-2089901

08/24/2026

Michael Anderson
email bills to: michael.anderson06@cardinalhealth.com
Unsecured Creditors of Jackson Hospital
7000 Cardinal Place
Dublin, OH 43017

Our File No.:U092 - 149948

Invoice No.: 1038920

| | | |
|---|---|---|
| Current Amount Due: Through 07/31/2026 | $ | 7,035.00 |
| Previous Balance Due: | $ | 88,637.59 |
| Total Amount Due: | $ | 95,672.59 |

Unsecured Creditors of Jackson Hospital

Legal Services Rendered Through 07/31/2026

***REMITTANCE ADVICE***
***PLEASE RETURN THIS PAGE***