**The relief described hereinbelow is SO ORDERED**

**Done this 26th of August, 2026**

**Christopher L. Hawkins**
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re:<br><br>JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 25-30256<br>Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING REJECTION OF AN EXECUTORY CONTRACT**

Before the Court is the following motion (the "Motion")[2]: *Debtors' Motion for Entry of an Order Approving Rejection of an Executory Contract* filed July 24, 2026. The Court having considered the record in this case, including the Motion, and any objections filed in response to the Motion; and it appearing to the Court that (a) it has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409

[1] The Debtors in these cases are Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC.
[2] All terms capitalized but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(d) sufficient notice has been provided under the circumstances; and (e) good and sufficient cause exists for the relief granted herein; now therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted pursuant to the terms of this Order.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Contract, to the extent not already terminated in accordance with its applicable terms or upon agreement of the parties, is hereby rejected by the Debtors, with such rejection being effective as of the date of the filing of the Motion.

3. Any person or entity that holds a claim that arises from the Rejected Contract must file a proof of claim within thirty (30) days of the date of the entry of this Order.

4. Nothing in the Motion or this Order is or should be construed as: (i) an admission as to the validity, amount or priority of any claim against the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim; (iii) a promise or requirement to pay any claim; (iv) a waiver of any claim or cause of action of the Debtors that exists against any entity; (v) a ratification or assumption of any agreement, contract or lease under section 365 of the Bankruptcy Code; (vi) a waiver of limitation of the Debtors' rights under the Bankruptcy Code, any other applicable law or any agreement; or (vii) an admission or concession by the Debtors that any lien is valid, and the Debtors expressly reserve and preserve their rights to contest the extent, validity, or perfection, or seek avoidance of, any lien.

5. The rights of the Debtors and their estate to assert that the Rejected Contract rejected hereby is not executory, expired by its own terms, or was terminated prior to the date of the filing of the Motion are fully preserved.

6. The Debtors shall serve this Order promptly upon the Master Service List. The Debtors are authorized to take any further actions necessary to effectuate the relief granted pursuant to this Order.

7. This Court shall retain jurisdiction to hear and determine all matters, claims, rights, or disputes arising from or relating to the implementation of this Order.

### END OF ORDER ###

Order drafted and submitted by:
Marc P. Solomon
BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
msolomon@burr.com
Counsel for Debtors and Debtors-in-Possession

# EXHIBIT 1

## Rejected Contract

1. Employment Agreement dated August 1, 2017, between Jackson Hospital & Clinic, Inc. and Wesley Barry, M.D.