**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re:<br><br>JACKSON HOSPITAL & CLINIC, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-30256<br><br>Jointly Administered |

**AMENDED CERTIFICATE OF NO OBJECTION TO THE TWENTIETH MONTHLY FEE APPLICATION OF MEMORY MEMORY & CAUSBY, LLP, CONFLICTS COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 3, 2026 THROUGH SEPTEMBER 14, 2026**

The undersigned does hereby certify to the Court that no objection has been received by counsel, and the docket does not reflect that any objection has been filed with the Court, in regards to the Notice of Filing Twentieth Monthly Fee Application of Memory Memory & Causby, LLP, Conflicts Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of September 3, 2026 through September 14, 2026 [Doc. 2081]. In accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Doc. 54] (the "Interim Compensation Order"), entered on February 5, 2025, Memory Memory & Causby, LLP ("MMC") submits this certificate of no objection.

Respectfully submitted this 5th day of November 2026.

**MEMORY MEMORY & CAUSBY, LLP**

*/s/ Stuart H. Memory*

1 The Debtors in these cases are: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC. *See* Doc. No. 49.

Stuart H. Memory
Memory Memory & Causby, LLP
Post Office Box 4054
Montgomery, Alabama 36103
Telephone: (334) 834-8000
E-mail: smemory@memorylegal.com

*Conflicts Counsel for Debtor and Debtor-in-Possession*